# UNITED SATES BANKRUPTCY COURT
## NORTH DISTRICT OF GEORGIA
### ATLANTA DIVISION

In Re:                                                                                  Case No. A04-77204-PWB

CHARLES STEPHEN AWBREY
P.O. BOX 1683
LAWRENCEVILLE, GA 30046

SSN#1: XXX-XX-9331

## FINAL REPORT AND ACCOUNT

Case Filed On: 10/18/2004          Plan Confirmed Date: 01/13/2005          Case concluded on: 05/01/2008

### THIS CASE IS DISMISSED AFTER CONFIRMATION.
Mary Ida Townson has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements.
Copies of these detailed records are incorporated by reference in this report.

### DIVIDENDS TO UNSECURED CREDITORS.... 1.00 %

RECEIPTS: $19,910.00
Amount paid to the Trustee by or for the Debtor for the benefit of creditors.

| DISBURSEMENTS TO CREDITORS: | | CLAIM AMOUNT | PRIN PAID | INT PAID | TOTAL PAID BY TRUSTEE | PAID DIRECT | PRINCIPAL BALANCE |
|---|---|---|---|---|---|---|---|
| GENERAL MOTORS ACCEPTANCE CORP | U | $6,464.44 | $0.00 | $0.00 | $0.00 | $0.00 | $64.64 |
| GWINNETT SUPERIOR COURT | P | $11,748.05 | $11,358.02 | $0.00 | $11,358.02 | $0.00 | $390.03 |
| INTERNAL REVENUE SERVICE | P | $2,918.81 | $2,819.86 | $0.00 | $2,819.86 | $0.00 | $98.95 |
| INTERNAL REVENUE SERVICE | U | $1,068.19 | $0.00 | $0.00 | $0.00 | $0.00 | $10.68 |
| SCHEDULED CREDITOR | S | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| SELECT PORTFOLIO SERVICING | S | $14,956.28 | $3,220.30 | $0.00 | $3,220.30 | $11,735.98 | $0.00 |

### SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | GENERAL U/S | DEBTOR REFUND | TOTAL |
|---|---|---|---|---|---|
| Amt Allowed | $14,956.28 | $14,666.86 | $7,532.63 | $0.00 | $37,155.77 |
| Principal Paid | $3,220.30 | $14,177.88 | $0.00 | $0.00 | $17,398.18 |
| Interest Paid | $0.00 | $0.00 | $0.00 | | $0.00 |
| Direct Paid | $11,735.98 | $400.00 | $0.00 | | $12,135.98 |

### TOTAL PAID PLUS PAID DIRECT  $29,534.16

### COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION

| Filing Expense | Noticing Expense | Trustee Expense |
|---|---|---|
| $0.00 | $0.00 | $911.82 |

### OTHER DISBURSEMENTS UNDER ORDER OF THE COURT:

| Debtor's Attorney | Fee Allowed | Fee Paid |
|---|---|---|
| DANIEL E. RASKIN, ATTY. | $1,600.00 | $1,600.00 |

WHEREFORE, Mary Ida Townson respectfully shows this Court that the estate has been properly and fully administered in accordance with the requirements of the Bankruptcy Code and Rules, and the estate is ready for closing, and prays that a Final Decree be entered discharging the Trustee and closing the estate, and granting such other and further relief as the Court may deem just and proper.

Dated: 06/17/2008

/s/
_____

Mary Ida Townson, Chapter 13 Trustee
State Bar No. 715063